UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Richard Budzak,

Plaintiff,

vs. NOTICE OF RULE 16 PRETRIAL/STATUS CONFERENCE

Northwestern Mutual Life Insurance Company,

Defendant. Civ. No. 01-1117(RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of August, 2002.

* * *

A Rule 16 Pretrial/Status Conference is scheduled for **Monday, September 16, 2002, at 11:00 a.m.**, before Magistrate Judge Raymond L. Erickson. This Status Conference will be conducted by telephone and the parties are to make the necessary arrangements for the telephone conference.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______