UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Richard Budzak,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Northwestern Mutual Life Insurance Company,

Defendant.

Civ. No. 01-1117(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2004
At Duluth, Minnesota

35