# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL BENCH TRIAL

Richard Budzak,
Plaintiff,
v.

Northwestern Mutual Life,

Defendant.

**COURT MINUTES**
Case Number: Civ. 01-1117

Date: May 5, 2004
Court Reporter: Braden Undeland
Time Commenced: 9:00 a.m.
Time Concluded: 4:50 p.m.
Time in Court: 6 hr. Hours & 20 Minutes

Trial before Raymond L. Erickson, United States Magistrate Judge, at Duluth, Minnesota.

APPEARANCES:

For Plaintiff: Patrick M. Spott
For Defendant: Erik T. Salveson

PROCEEDINGS:

☒ **BENCH Trial - Began**.

| | |
|---|---|
| 9:00 a.m. | Opening statement by Mr. Spott |
| 9:55 a.m. | Opening statement by Mr. Salveson |
| 10:35-10:45 a.m. | Recess |
| 10:45 a.m. | Trial resumed |
| 12:40 - 1:45 p.m. | Lunch Recess |
| 1:45 | Trial resumed |
| 3-3:15 p.m. | Recess |
| 3:15-4:50 p.m. | Trial resumed |
| 4:50 p.m. | Adjourned for day. To commence tomorrow morning at 9:00 a.m. |

☒ Opening statements were given.

☒ Plaintiff's witnesses: Dr. Maria Cuzzo; Mr. Budzak
☐ Defendant's witnesses:

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .

s/Victoria L. Miller

Signature of Judicial Assistant