# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

Richard Budzak,

Plaintiff,

v.

Northwestern Mutual Life,

Defendant.

## COURT MINUTES

Case Number: Civ. 01-1117

Date: May 6, 2004
Court Reporter: Braden Undeland
Time Commenced: 9:00 a.m.
Time Concluded: 5:00 p.m.
Time in Court: 6 hr. Hours & 30 Minutes

Trial before Raymond L. Erickson, United States Magistrate Judge, at Duluth, Minnesota.

APPEARANCES:

For Plaintiff: Patrick M. Spott
For Defendant: Erik T. Salveson

PROCEEDINGS:

☒ **BENCH Trial - Began**.

9:00 a.m. Trial resumed
10:40-10:55 a.m. Recess
10:55-noon Trial resumed
12:00 - 1:00 p.m. Lunch Recess
1:00-2:35 p.m. Trial resumed
2:35-2:50 p.m. Recess
2:50- 5:00 p.m. Trial resumed
5:00 p.m. Adjourned for day. To commence tomorrow morning at 9:00 a.m.

☒ Opening statements were given.

☒ Plaintiff's witnesses: Mr. Budzak (Witness Mary Anne Lucas Houx was called yesterday. I forgot to note that on yesterday's minutes.

☐ Defendant's witnesses:

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .

s/Victoria L. Miller

Signature of Judicial Assistant