AO 133 (Rev. 9/89) Bill of Costs DC MODIFIED 04/04/05

# UNITED STATES DISTRICT COURT

Clear Form

District of Minnesota

Richard Budzack
V.
Northwestern Mutual Life Insurance Company

**BILL OF COSTS**

Case Number: 01-CV-1117 (RLE)

Judgment having been entered in the above entitled action on 3/31/05 (Date) against Richard Budzack, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 534.50 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,683.05 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 237.60 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 3,454.15 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Signature of Attorney: [signature]

Name of Attorney: Erik T. Salveson

For: The Northwestern Mutual Life Insurance Company (Name of Claiming Party) Date: 5/26/05

Costs are taxed in the amount of ______ and included in the judgment.

Clerk of Court ______ By: Deputy Clerk ______ Date ______

AO 133 (Rev. 9/89) Bill of Costs

# Taxation of Costs

*Richard Budzak v. The Northwestern Mutual Life insurance Company*

## Depositions

| Date | Desription of Cost | Amount | Total |
|---|---|---|---|
| 4/16/02 | Laurie Webster – Court Reporter charges for the deposition of Richard Budzak taken on 4/16/02 | $735.50 | |
| 10/30/03 | Brown & Jones Reporting charges for the deposition of Mark Schwallie taken on 10/30/03 | $201.20 | |
| 11/5/03 | Kelly L. Hemsath - Court Reporter charges for the depositions of Richard Budzak and Maria Cuzzo taken on 11/5/03 | $1,258.25 | |
| 4/30/04 | Karen J. Macaulay – Court Reporter charges for deposition of Timothy Egan, M.D. | $488.10 | |
| | | | **$2,683.05** |

## Filing Fees

| Date | Description of Cost | Amount | Total |
|---|---|---|---|
| 6/12/01 | St. Louis District Court Administrator – filing and recording fees | $132.00 | |
| 6/12/01 | Clerk of United States District Court filing fees | $150.00 | |
| 9/11/03 | Metro Legal Services for service of deposition subpoenas on Mary Lucas Houx and Maria Cuzzo in Duluth, MN | $241.50 | |
| 4/16/04 | Metro Legal Services for delivery to Judge/USDC Mpls. | $11.00 | |
| | | | **$534.50** |

# Copies

| Date | Description of Costs | Amount* | Total |
|---|---|---|---|
| 6/19/01 | Civil Cover Sheet; Notice of Removal; Notice of Filing Notice of Removal **12 pages** | $3.60 | |
| 6/25/01 | NML's Answer **4 pages** | $1.20 | |
| 11/01/01 | NML's Rule 26(A)(1) Disclosures **5 pages** | $1.50 | |
| 4/16/04 | Trial Brief of NML **12 pages** | $3.60 | |
| 4/16/04 | NML's Notice of Motion and Motion in Limine; Memorandum in Support of Motion in Limine to Exclude Testimony of Dr. Timothy Egan; Affidavit of Erik T. Salveson **17 pages** | $5.10 | |
| 5/5-7/04 | Defendant Trial Exhibits 1 - 61 **743 pages** | $222.60 | |
| | | | **$237.60** |
| | | *$.10 per copy; 3 sets of each pleading | |
| | | | |
| | **Grand Total** | | **$3,454.15** |

GP:1708434 v1