Budzak

A

GRAY
PLANT
MOOTY

3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796

612 343-2800
Fax: 612 333-0066
www.gpmlaw.com

**Erik T. Salveson**
**612 343-2925**
**erik.salveson@gpmlaw.com**

May 6, 2002

Ms. Laurie Webster
c/o Northland Reporting Agency
P.O. Box 89
Grand Rapids, MN 55744-0089

Re: *Richard Budzak v. The Northwestern Mutual Life Insurance Company*
Our File No. 84523

Dear Ms. Webster:

Enclosed please find our firm check in the amount of $735.50 in payment of your invoice dated April 30, 2002, regarding the deposition of Richard Budzak, a copy of which is enclosed for your convenience. Thank you.

Very truly yours,

Erik T. Salveson

db
Enclosures

GRAY PLANT MOOTY

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 CITY CENTER
33 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

MINNE... , MN 55480
...910

240690

PAY Seven hundred thirty-five and 50/100*************************************************************************************

TO THE ORDER OF

| DATE | AMOUNT |
|---|---|
| May 6, 2002 | $ ***735.50*** |

Laurie Webster
c/o Northland Reporting Agence
P.O. Box 89
Grand Rapids, MN 55744-0089

Memo:

⑈240690⑈ ⑆091000019⑆ 996 2010894⑈

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Check #: 240690
Gray Plant Vendor ID: 6593

Request #: 41947

240690

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| 020506 | 5/6/2002 | Northwestern Mutual Life 3349566/84523 CR | $735.50 |
| | | Totals: | $735.50 |

COPY

"BLUE FORM"

GRAY PLANT MOOTY

# CHECK REQUEST – CLIENT DISBURSEMENT

Request Review

Review Initials ________
1099 ?(Y) ________
1099 Amt ________
Use Tax? (Y) ________

☒ CHECK DATE 5/2/02 ATTORNEY NO. 334 AMOUNT $735.50

☐ CASH CLIENT NO. 3349566 MATTER NO. 84523

☐ ADVANCE

PAYABLE TO Laurie Webster

CLIENT NAME NML (Budzak)

DISBURSEMENT CODE

CR Court Reporter

ADDITIONAL NECESSARY EXPLANATION

Charges incurred in taking the deposition of Richard Budzak on 4/16/02

REQUESTED BY

[signature]

APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

NCRA MEMBER Guardians of the Record

# N( THLAND REPORTING AG ICY

P.O. BOX 89
GRAND RAPIDS, MN 55744-0089
(218) 328-5047 or 1-800-334-3858
FAX: (218) 328-6380
RONALD L. RASMUSSEN
LAURA WEBSTER
DARLA DELICH MUSTAR

Registered Professional Reporters

Date: April 30, 2002

TO: Gray, Plant, Mooty, Mooty & Bennett
Attorneys at Law
3400 City Center
33 South Sixth Street
Minneapolis MN 55402-3796

By: Erik T. Salveson, Esq.

RE: Richard Budzak,
-vs-
The Northwestern Mutual Life Insurance Company.

File No. LW22-064(a)

| | | | |
|---|---|---|---|
| 4/16 | Original & one copy of the deposition of Ricahrd Budzak, taken this date at Law Office of Timothy Little, 203 North 8th Avenue East, Duluth, MN; plus reporter's fee; plus exhibits; plus postage. | | |
| | TOTAL: | | $735.50 |
| | -Thank You- | | |
| | *Please make check payable to: Laurie Webster (FEI No. 65-0547647) | | |

A

GRAY
PLANT
MOOTY

3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796

612 343-2800
Fax: 612 333-0066
www.gpmlaw.com

Including The Law Firm Hall & Byers, P.A.
1010 West St. Germain Street, Suite 600
St. Cloud, MN 56301

320 252-4414
Fax: 320 252-4482
www.gpmlaw.com

**Erik T. Salveson**
**612 343-2925**
**erik.salveson@gpmlaw.com**
***Reply to Minneapolis***

November 13, 2003

Brown & Jones Reporting, Inc.
312 East Wisconsin Avenue, Suite 608
Milwaukee, WI 53202-4305

Re: *Budzak v. The Northwestern Mutual Life Insurance Company*
Our File No. 84523

Dear Sir/Madam:

Enclosed please find our firm check in the amount of $201.50 in payment of your Invoice No. M8940488, a copy of which is enclosed for your convenience. Thank you.

Very truly yours,

Erik T. Salveson

db
Enclosure
cc: Dean E. Mabie, Esq.

GP:1522469 v1

Request Review

Review Initials ________
1099 ?(Y) ________
1099 Amt ________
Use Tax? (Y) ________

"BLUE FORM"

GRAY PLANT MOOTY

# CHECK REQUEST – CLIENT DISBURSEMENT

☒ CHECK
☐ CASH
☐ ADVANCE

DATE 11/11/03 ATTORNEY NO. 334 AMOUNT $201.50

CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO **Brown & Jones Reporting**

CLIENT NAME **NML (Budzak)**

DISBURSEMENT CODE

**CR Court Reporter**

ADDITIONAL NECESSARY EXPLANATION

**Court reporter charges for the deposition of Mark Schwallie taken on October 30, 2003.**

REQUESTED BY

ETS
APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

**DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT**

GRAY PLANT MOOTY

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
3400 CITY CENTER
33 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

WELLS FARGO
MINNEAPOLIS, MN 55480
17-1/910

256336

PAY Two hundred one and 50/100****************************************************************************************

TO THE ORDER OF

DATE November 12, 2003

AMOUNT $ ***201.50***

Brown & Jones Reporting
312 East Wisconsin Avenue
Suite 608
Milwaukee, WI 53202-4305

Memo:

⑈256336⑈ ⑆091000019⑆ 996 2010894⑈

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

Check #: 256336
Gray Plant Vendor ID: 8371

Request #: 60745

256336

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| M8940488 | 11/6/2003 | Northwestern Mutual Life 3349566/84523 CR | $201.50 |
| | | Totals: | $201.50 |

# INVOICE

**BROWN & JONES REPORTING INC.**
*312 EAST WISCONSIN AVENUE, SUITE 608*
*MILWAUKEE, WISCONSIN 53202-4305*
*414-224-9533 (800) 456-9531*
*WWW.BROWNJONES.COM*
*EMPLOYER I.D. NO. 39-1646476*

ERIK T. SALVESON
GRAY PLANT & MOOTY
3400 CITY CENTER
33 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA, 55402

November 6, 2003

**Invoice#** M8940488

**Balance:** $201.50

**Re:** BUDZAK VS. NORTHWESTERN MUTUAL
CASE NO:01-1117
*on* 10/30/03 *by* JODI L. TYLEY

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: MARK SCHWALLIE | |
| ONE COPY | 185.00 |
| EXHIBITS | 10.00 |
| POSTAGE AND HANDLING | 6.50 |

1.50% per month on unpaid balance

**Please Remit ---> Total Due: $201.50**

**Please tear off stub and return with payment.**

*SCHEDULE ONLINE AT WWW.BROWNJONES.COM*

BROWN & JONES REPORTING INC.
040804040728

Invoice# M8940488

Balance$ 201.50

A

GRAY
PLANT
MOOTY

3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796

612 343-2800
Fax: 612 333-0066
www.gpmlaw.com

Including The Law Firm Hall & Byers, P.A.
1010 West St. Germain Street, Suite 600
St. Cloud, MN 56301

320 252-4414
Fax: 320 252-4482
www.gpmlaw.com

**Erik T. Salveson**
**612 343-2925**
**erik.salveson@gpmlaw.com**
***Reply to Minneapolis***

November 18, 2003

Ms. Kelly L. Hemsath
Court Reporter
3946 Orchard Avenue North
Robbinsdale, MN 55402

Re: *Budzak v. NML*
Our File No. 84523

Dear Ms. Hemsath:

Enclosed please find our firm check in the amount of $1,258.25 for charges incurred in taking the depositions of Richard Budzak and Maria Cuzzo on November 5, 2003. A copy of your invoice is enclosed for your convenience. Thank you.

Very truly yours,

Erik T. Salveson

db
Enclosures

GRAY PLANT MOOTY

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 CITY CENTER
33 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

WELLS FARGO
MINNEAPOLIS, MN 55480
17-1/910

256474

PAY One thousand two hundred fifty-eight and 25/100*****************************************************************

TO THE ORDER OF

DATE November 17, 2003

AMOUNT $ ***1,258.25***

Kelly L. Hemsath
3946 Orchard Avenue North
Robbinsdale, MN 55402

Memo:

⑈256474⑈ ⑆091000019⑆ 9962010894⑈

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Check #: 256474

Gray Plant Vendor ID: 7315

Request #: 60912

256474

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| BUDZAK | 11/17/2003 | 3349566-84523 Northwestern Mutual Life - CR | $1,258.25 |
| | | Totals: | $1,258.25 |

NOV 14 2003

Invoice No. KH1105031

November 14, 2003

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
33 South Sixth Street
Suite 3400
Minneapolis, MN 55402

**ATTENTION: ERIK T. SALVESON**

Re: Budzak v. Northwestern Mutual Life

For Court Reporting Services:
Deposition of: Richard Budzak, Vol. II (Exhibits 6-12)
Maria Cuzzo, Ph.D., (Exhibits 13-31)
Original, 1 condensed transcript, disk

Date taken: November 5, 2003
Amount Due: $1,258.25

*** * *I M P O R T A N T* * ***

Please return white copy of the invoice with your payment, and make check payable to: Kelly L. Hemsath
(ID 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)
3946 Orchard Avenue N.
Robbinsdale, MN 55422

**THANK YOU!**

| Request Review | |
|---|---|
| Review Initials | |
| 1099 ?(Y) | |
| 1099 Amt | |
| Use Tax? (Y) | |

"BLUE FORM"

GRAY PLANT MOOTY

# CHECK REQUEST – CLIENT DISBURSEMENT

☒ CHECK
☐ CASH
☐ ADVANCE

DATE 11/14/03 ATTORNEY NO. 334 AMOUNT $1,258.25

CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO Kelly L. Hemsath

CLIENT NAME Northwestern Mutual Life (Budzak)

DISBURSEMENT CODE

CR Court Reporter

ADDITIONAL NECESSARY EXPLANATION

Court reporter charges for the depositions of Richard Budzak and Maria Cuzzo taken on November 5, 2003.

REQUESTED BY

APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

[redacted]

500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402-3796

612 632-3000
Fax: 612 632-4444

1010 WEST ST. GERMAIN STREET
SUITE 600
ST. CLOUD, MN 56301

320 252-4414
Fax: 320 252-4482

**Erik T. Salveson**
**612 632-3316**
**erik.salveson@gpmlaw.com**
***Reply to Minneapolis***

May 7, 2004

Ms. Karen J. Macaulay
CITRAN COURT REPORTERS
411 Alworth Building
306 W. Superior Street
Duluth, MN 55802-1803

Re: *Richard Budzak v. The Northwestern Mutual Life Insurance Company*
Our File No. 84523

Dear Ms. Macaulay:

Enclosed please find our firm check in the amount of $488.10 in payment of your invoice number K-1873, a copy of which is enclosed for your convenience. Thank you.

Very truly yours,

Erik T. Salveson

db
Enclosures

"BLUE FORM"

GRAY PLANT MOOTY

## CHECK REQUEST – CLIENT DISBURSEMENT

Request Review

Review Initials ______
1099 ?(Y) ______
1099 Amt ______
Use Tax? (Y) ______

☒ CHECK
☐ ADVANCE

DATE 5/4/04 ATTORNEY NO. 334 AMOUNT $488.10
CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO Citran

CLIENT NAME Northwestern Mutual Life (Budzak)

DISBURSEMENT CODE

CR Court Reporter

ADDITIONAL NECESSARY EXPLANATION

Charges incurred for deposition of Dr. Timothy Egan on 4/30/04.

REQUESTED BY

APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

# Invoice

CITRAN

Registered Professional
Merit and Diplomate
Freelance Court Reporters

| DATE | INVOICE # |
|---|---|
| 5/2/2004 | K-1873 |

**BILL TO**

Erik T. Salveson, Esq.
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796

IN RE: Richard Budzak vs. Northwestern Mutual Life

REPORTED: 4/30/04

| DESCRIPTION | AMOUNT |
|---|---|
| One copy (condensed format) of the deposition of TIMOTHY EGAN, M.D. (EXPEDITED) | 410.40 |
| Exhibit Reproduction | 42.70 |
| Transcript Delivered via E-mail | 15.00 |
| Word Index | 0.00 |
| Expedited Postage/Delivery | 20.00 |
| TERMS: Net 30 Days **Total** | $488.10 |

Please Make Checks Payable To: Karen J. Macaulay, 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
Please Remit Yellow Copy With Payment.
THANK YOU

411 Alworth Bldg.
306 W. Superior St.
Duluth
Mn 55802-1803
218 723 1313
1 888 723 4111
Fax: 218 723 1414

GRAY PLANT MOOTY

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
500 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

Bremer Bank, National Asso
225 South Sixth Street (612) 960
Minneapolis, MN 55402
24-hour Phone Bank 1-800-908-BANK
75-1041/960

261929

PAY Four hundred eighty-eight and 10/100*****************************************************************

TO THE ORDER OF

DATE May 7, 2004

AMOUNT $ ***488.10***

Citran
411 Alwoth Building
306 West Superior Street
Duluth, MN 55802-1803

Memo:

⑈261929⑈ ⑆096010415⑆ 0667⑈8883⑈

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Check #: 261929
Gray Plant Vendor ID: 8941

Request #: 67855

261929

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| K-1873 | 5/2/2004 | Northwestern Mutual Life 3349566/84523 CR | $488.10 |
| | | Totals: | $488.10 |

GRAY PLANT MOOTY

# Invoice

CITRAN

REGISTERED PROFESSIONAL
MERIT AND DIPLOMATE
FREELANCE COURT REPORTERS

| DATE | INVOICE # |
|---|---|
| 5/2/2004 | K-1873 |

**BILL TO**

Erik T. Salveson, Esq.
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796

IN RE: Richard Budzak vs. Northwestern Mutual Life

REPORTED: 4/30/04

| DESCRIPTION | AMOUNT |
|---|---|
| One copy (condensed format) of the deposition of TIMOTHY EGAN, M.D. (EXPEDITED) | 410.40 |
| Exhibit Reproduction | 42.70 |
| Transcript Delivered via E-mail | 15.00 |
| Word Index | 0.00 |
| Expedited Postage/Delivery | 20.00 |
| TERMS: Net 30 Days **Total** | $488.10 |

Please Make Checks Payable To: Karen J. Macaulay, 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
Please Remit Yellow Copy With Payment.
THANK YOU

411 ALWORTH BLDG.
306 W. SUPERIOR ST.
DULUTH
MN 55802-1803
218 723 1313
1 888 723 4111
FAX: 218 723 1414

Request Review

Review Initials ______
1099 ?(Y) ______
1099 Amt ______
Use Tax? (Y) ______

"BLUE FORM"

GRAY PLANT MOOTY

# CLIENT DISBURSEMENT REQUEST FORM

☒ CHECK
☐ CASH
☐ ADVANCE

DATE 6/12/01 ATTORNEY NO. 334 AMOUNT $132.00

CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO St. Louis County District Court Administrator

CLIENT NAME NML (Budzak)

DISBURSEMENT CODE

FF Filing and Recording Fees

ADDITIONAL NECESSARY EXPLANATION

Filing fees.

REQUESTED BY

APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

GRAY PLANT MOOTY

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
3400 CITY CENTER
33 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

NORWEST BANK MINNESOTA, N.A.
MINNEAPOLIS, MN 55480
17-1/910

231345

PAY One hundred thirty-two and 00/100*****************************************************************************

TO THE ORDER OF

DATE June 13, 2001

AMOUNT $ ***132.00***

District Court Administrator of St. Louis County

TWO SIGNATURES REQUIRED FOR AMOUNTS EXCEEDING $5,000.00

Bruce W. Mooty

Memo:

⑈231345⑈ ⑆091000019⑆ 9962010894⑈

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

Check #: 231345
Gray Plant Vendor ID: 183

Request #: 32160

231345

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| 010613 | 06/13/2001 | NML 3349566/84523 FF | $132.00 |
| | | Totals: | $132.00 |

GRAY PLANT MOOTY

| Request Review | |
|---|---|
| Review Initials | |
| 1099 ?(Y) | |
| 1099 Amt | |
| Use Tax? (Y) | |

"BLUE FORM"

GRAY PLANT MOOTY

# CLIENT DISBURSEMENT REQUEST FORM

☒ CHECK
☐ CASH
☐ ADVANCE

DATE 6/12/01 ATTORNEY NO. 334 AMOUNT $150.00

CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO Clerk of United States District Court

CLIENT NAME NML (Budzak)

DISBURSEMENT CODE

FF Filing and Recording Fees

ADDITIONAL NECESSARY EXPLANATION

Filing fees.

REQUESTED BY

[signature]

APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

✓

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 CITY CENTER
33 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

NORWEST BANK MINNESOTA, N.A.
MINNEAPOLIS, MN 55480
17-1/910

231351

PAY One hundred fifty and 00/100*****************************************************************************************

TO THE ORDER OF

DATE June 13, 2001

AMOUNT $ ***150.00***

Clerk of U.S. District Court

TWO SIGNATURES REQUIRED FOR AMOUNTS EXCEEDING $5,000.00

Memo:

⑈231351⑈ ⑆091000019⑆ 9962010894⑈

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

Check #: 231351
Gray Plant Vendor ID: 836

Request #: 32166

231351

| Invoice Number | Invoice Date | Reference | Payment Amt |
|---|---|---|---|
| 010613 | 06/13/2001 | NML 3349566/84523 FF | $150.00 |
| | | Totals: | $150.00 |

GRAY PLANT MOOTY

Request Review

Review Initials ______
1099 ?(Y) ______
1099 Amt ______
Use Tax? (Y) ______

"BLUE FORM"

GRAY PLANT MOOTY

# CHECK REQUEST – CLIENT DISBURSEMENT

☒ CHECK
☐ CASH
☐ ADVANCE

DATE 9/12/03 ATTORNEY NO. 334 AMOUNT $241.50

CLIENT NO. 3349566 MATTER NO. 84523

PAYABLE TO Metro Legal Services

CLIENT NAME NML (Budzak)

DISBURSEMENT CODE

PS Process Service

ADDITIONAL NECESSARY EXPLANATION

Service of deposition subpoenas on Mary Lucas Houx and Maria Cuzzo in Duluth, Minnesota.

______________________
REQUESTED BY

______________________
APPROVED BY
(APPROVED BY BILLING ATTORNEY IF OVER $250)

PLEASE STAPLE ANY SUPPORTING DOCUMENTATION (COPIES OR ORIGINALS) TO THE BACK OF THIS REQUEST.

DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT DISBURSEMENT

**METRO LEGAL SERVICES**

**Legal Support Specialists Since 1969**

# Invoice 609423

**Invoice Date 09/11/03**

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Page 1

SEP 12 2003

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Deb Bunnell
Gray, Plant, Mooty, et. al.
3400 Multifoods Tower
33 South 6th Street
Minneapolis, MN 55402-

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| GRAPLM | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date |
|---|---|---|
| 84523 | NN | 08/29/03 |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 13 | NS3Z | Nationally Arrange Service - Rush Rate<br>Arrange for Service In: Duluth | 45.00 |
| 12 | AF | Federal Express Charges | 15.50 |
| 12 | AFW | Advanced Witness Fees | 91.00 |
| 12 | AF | Service Fees On:<br>Mary Lucas Houx | 40.00 |
| 12 | AF | Service Fees On:<br>Maria Cuzzo | 40.00 |
| 14 | AFC | Check Handling Charge | 10.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 241.50 |

**Remittance Stub**

Deb Bunnell
Gray, Plant, Mooty, et. al.
3400 Multifoods Tower
33 South 6th Street
Minneapolis, MN 55402-

**Invoice 609423**
**Invoice Date** 09/11/03
**Customer** GRAPLM
Billing Ref 84523

***METRO LEGAL SERVICES***
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice 241.50**

**METRO LEGAL SERVICES**
**Legal Support Specialists Since 1969**

# Invoice 720754
**Invoice Date 04/16/04**

Page 1

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Deb Bunnell
Gray, Plant, Mooty, et. al.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| GRAPLM | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date | |
|---|---|---|---|
| 84523 | JS | 04/15/04 | |

| No | Service Item | Item Description | Amount |
|---|---|---|---|
| 05 | CF1A | Court Filing Service - 1 Hour Rate<br>Deliver to Judge/USDC Mpls. | 11.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 11.00 |

**Remittance Stub**

Deb Bunnell
Gray, Plant, Mooty, et. al.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

**Invoice 720754**
**Invoice Date 04/16/04**
**Customer GRAPLM**
Billing Ref 84523

***METRO LEGAL SERVICES***
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice 11.00**

Terms: Net 30 Days