**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***Richard Budzack***

***v.***

***Northwestern Mutual Life Ins. Co.***

***Civ. No. 01-1117 (RLE)***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2005, I electronically filed the foregoing **Bill of Costs (with attachment)** with the Clerk of the Court by using the ECF which will send a notice of electronic filing to the following:

Patrick M. Spott
**patspott@onslaw.com, jhurd@onslaw.com**

s/Kim M. Kerby

Kim M. Kerby
Assistant to Jason J. Stover
Gray, Plant Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 632-3000
Fax: (612) 632-4444

GP:1717298 v1