# Orman Nord & Spott

ATTORNEYS • AT • LAW

*MICHAEL E. ORMAN
++LARRY M. NORD
PATRICK M. SPOTT
JEREMY M. HURD
MICHAEL I. COHEN
MARY KATHERINE COHEN
JAMES HARPER (1920-2004)

1301 MILLER TRUNK HIGHWAY, SUITE 400 • DULUTH, MN 55811
218/722-1000 • FAX 218/722-7408
1-800-956-1005
www.onslaw.com

PARALEGALS
TERRI L. ANDERSON
JACQUELINE ZAPP
BECKY CHRISTENSEN
ERIN T. RANNELS

*ALSO ADMITTED IN WISCONSIN
++ FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS

FILED 05 JUN -8 PM 4:00
CLERK, US DIST. COURT
DULUTH, MN

June 3, 2005

RECEIVED
JUN 07 2005

United States District Court
Honorable Judge Erickson
417 Federal Building
515 West First Street
Duluth, MN 55802

**RE: Richard Budzak v. Northwestern Mutual Life Insurance Company
Court File No. CV 01-1117 (JMR\RLE)**

Dear Judge Erickson:

Northwestern Mutual Life filed a Bill of Costs in the above entitled action on May 26, 2005. Both parties have agreed to grant the Plaintiff an extension of time in which to file an objection to costs.

Very truly yours,

**ORMAN NORD & SPOTT LAW OFFICE**

Jeremy M. Hurd
JMH/il
Enclosure
cc: Erik T. Salveson

3538-1\05-06-03 Judge Erickson Letter

SCANNED
U.S. DISTRICT COURT DULUTH