**Erik T. Salveson**
**612 632-3316**
**erik.salveson@gpmlaw.com**
***Reply to Minneapolis***

July 1, 2005

Clerk of United States District Court
417 U.S. Courthouse
515 West 1st Street
Duluth, MN 55802

Re: *Richard Budzak v. Northwestern Mutual Life Insurance Company*
Court File No. CV 01-1117 (JMR/RLE)
Our File No. 84523

Dear Sir/Madam:

Please be advised that Northwestern Mutual Life and Richard Budzak have reached a settlement in the above case. Pursuant to that settlement, Northwestern Mutual hereby withdraws its Taxation of Costs. This should conclude the case. Thank you for your consideration.

Very truly yours,

/s/ Erik T. Salveson

Erik T. Salveson

db
cc: Jeremy M. Hurd, Esq.

GP:1728586 v1